**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VINCENT V. TATA,**

          **Plaintiff,**

**-vs-**                                              Case No. 6:09-cv-180-Orl-31DAB

**CVS CAREMARK CORPORATION,**
**HOLIDAY CVS, LLC, and CVS EGL**
**NORTH WICKHAM ROAD FL, LLC,**

          **Defendants.**

_____

# ORDER

This cause comes before the Court on the parties Joint Motion to Dismiss Action and Notice of Settlement (Doc. No. 23) filed May 4, 2009.

On May 5, 2009, the United States Magistrate Judge issued a report (Doc. No. 24) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion to Dismiss Action and Notice of Settlement is **GRANTED**. The settlement is accepted as a "fair and reasonable resolution of a bona fide dispute." The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 26th day of May, 2009.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE